Lynnette M. Davis, ISB No. 5263
Brent R. Wilson, ISB No. 8936
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone: 208.344.6000
Facsimile: 208.954.5261
Email: ldavis@hawleytroxell.com
bwilson@hawleytroxell.com

Attorneys for Plaintiff Alexander Abel

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>CHAD JAMES CHRISTENSEN and<br>KATHERINE HILL CHRISTENSEN,<br><br>Debtors. | Bankr. Case No. 22-00145-NGH<br><br>Chapter 7 |
| ALEXANDER ABEL,<br><br>Plaintiff,<br><br>vs.<br><br>CHAD JAMES CHRISTENSEN,<br><br>Defendant. | Adversary Proc. No. 22-06013-NGH<br><br>**ADVERSARY COMPLAINT** |

**SUMMONS IN AN ADVERSARY PROCEEDING**

SUMMONS IN AN ADVERSARY PROCEEDING

56381.0002.15064312.1

**TO:** Chad James Christensen
994 Magic Mill Avenue
Middleton, Idaho 83644

**[Fed. R. Bankr. P. 7004(g) Service]**
**Matthew Bennett**
**Foley Freeman, PLLC**
**953 S. Industry Way**
**Meridian, Idaho 83642**

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of Clerk:

Clerk, U.S. Bankruptcy Court
550 W. Fort Street
Boise, Idaho 83724

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Lynnette M. Davis
Brent R. Wilson
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Email:
ldavis@hawleytroxell.com
bwilson@hawleytroxell.com

SUMMONS IN AN ADVERSARY PROCEEDING

56381.0002.15064312.1

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Stephen W. Kenyon, Clerk of the Bankruptcy Court

Date: 09/19/2022                By: _____ (Deputy Clerk)

United States Courts
District of Idaho
ISSUED
HaileyStevason
on Sep 19, 2022 1:32 pm

SUMMONS IN AN ADVERSARY PROCEEDING

56381.0002.15064312.1