### IN THE SUPREME COURT OF THE STATE OF IDAHO

| | |
|---|---|
| In Re: Certification of Question of Law.<br>-----------------------------------------------<br>MYLES DAVIS, an individual, and JANELLE DAHL, an individual,<br><br>   Plaintiffs,<br><br>v.<br><br>BLAST PROPERTIES, INC., dba B&B CUSTOM HOMES, an Idaho corporation, and TYLER BOSIER, an individual; and DOES 1-50, inclusive,<br><br>   Defendants. | **Order Accepting Certification of Question of Law to the Idaho Supreme Court**<br><br>Supreme Court Docket No. 50491-2023<br><br>U.S. District Court, Idaho No. 1:21-cv-00218-BLW |

    The United States District Court for the District of Idaho entered an Order on February 3, 2023, which was filed in this Court February 8, 2023.

    The Court has reviewed and considered the Order and has determined to grant the request for certification of the question of law presented. The Court is fully advised; therefore, good cause appearing,

    IT IS ORDERED that this Court hereby ACCEPTS certification of the question of law set forth in the Order filed with this Court on February 8, 2023, by the United States District Court for the District of Idaho namely:

1. Is the Rule 50 approach, as described in this decision, the proper means for the trial court to comply with its obligation under Idaho Code § 6-1604(2), to determine, "after weighing the evidence presented," whether the plaintiff has established "a reasonable likelihood of proving facts at trial sufficient to support an award of punitive damages?"

    IT IS FURTHER ORDERED that the Order filed with this Court by the United States District Court for the District of Idaho on February 8, 2023, shall constitute the initial record on appeal. The United States District Court for the District of Idaho shall provide copies of the complaint(s), motion(s) for summary judgment, and related affidavits and briefing to this Court within twenty-one (21) days of the date of this Order. Additionally, the parties may file such

Case 2:23-cv-00218-BLW Document 17 Filed 03/07/23 Page 2 of 2
Case 1:21-cv-00213-BLW Document 81-2 Filed 03/07/23 Page 20 of 23   Desc
Acceptance of Certification    Page 2 of 2

additional records or transcripts as they may agree and stipulate upon in writing; and either party may apply to this Court by a Motion for Augmentation pursuant to Rule 30 of the Idaho Appellate Rules requesting additional record in this appeal.

IT IS FURTHER ORDERED that this appeal is EXPEDITED AS TO THE ENTIRE APPEAL PROCESS. The Plaintiffs shall be designated as Appellants in this Court. The Defendants shall be designated as Respondents in this Court. The briefing schedule and other procedural requirements of Idaho Appellate Rule 12.3(c) will be set forth in an additional order in no less than fourteen (14) days. Oral argument, if any, will be set by the Court with notice to all parties. I.A.R. 12.3(d).

IT IS FURTHER ORDERED that pro hac vice counsel for Appellants shall have seven (7) days from the date of this Order to file Motions for *Pro Hac Vice* Admission pursuant to Idaho Bar Commission Rule 227. The fee for such Motions (as required by I.B.C.R. 227(c)(2)(A)) is WAIVED.

IT IS FURTHER ORDERED that the Idaho Appellate Rules shall apply to these proceedings as though it were an appeal to this Court.

Dated 03/02/2023.

By Order of the Supreme Court

*Melanie Gagnepain*

Melanie Gagnepain
Clerk of the Courts

cc: Counsel of Record
    Stephen W. Kenyon, Clerk of the US District Court
    B. Lynn Winmill, U.S. District Court Judge
    Idaho State Bar